JOHN T. STRALEN, SBN 171227
Email: jstralen@justice4you.com
JOSHUA H. WATSON, SBN 238058
Email: jwatson@justice4you.com
CLAYEO C. ARNOLD, APC
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829

*Attorneys for Plaintiff DEBI MISHRA individually, and on behalf of those similarly situated*

| LYNNE C. HERMLE (SBN 99779) | JULIE A. TOTTEN (SBN 166470) |
|---|---|
| lchermle@orrick.com | jatotten@orrick.com |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | KATIE E. BRISCOE (SBN 287629) |
| 1000 Marsh Road | kbriscoe@orrick.com |
| Menlo Park, CA 94025-1015 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| Telephone: +1 650 614 7400 | 400 Capitol Mall, Suite 3000 |
| Facsimile: +1 650 614 7401 | Sacramento, CA 95814-4497 |
|  | Telephone: +1 916 447 9200 |
|  | Facsimile: +1 916 329 4900 |

*Attorneys for Defendants COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION, COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DEBI MISHRA, individually and on behalf of all those similarly situated,<br><br>Real Party in Interest,<br><br>v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION, COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01785-TLN-EFB<br><br>**STIPULATION AND ORDER FOR FILING OF FIRST AMENDED COMPLAINT AND STAY OF PROCEEDINGS PENDING ALTERNATIVE DISPUTE RESOLUTION EFFORTS** |

Pursuant to Eastern District of California Local Rule 143, Plaintiff Debi Mishra and Defendants Cognizant Technology Solutions U.S. Corporation and Cognizant Technology Solutions (collectively, "Cognizant"), by and through the undersigned counsel, hereby stipulate as follows:

WHEREAS, Cognizant filed a Motion to Dismiss and Strike on November 3, 2017, seeking to dismiss Plaintiff's conversion claim and itemized wage statement claim and seeking to strike Plaintiff's request for punitive damages and class definitions;

WHEREAS, Plaintiff has subsequently offered to file a First Amended Complaint ("FAC") removing Plaintiff's itemized wage statement claim (Fourth Cause of Action), conversion claim (Seventh Cause of Action), and request for punitive damages and amending his class definitions (Paragraphs 29 (a)-(c));

WHEREAS, the parties wish to explore potential early alternative dispute resolution before incurring the costs and expense associated with discovery and/or further litigation;

**NOW THEREFORE,** the parties stipulate that the Court may enter an order as follows:

1. Plaintiff shall file and serve a FAC by January 31, 2018.

2. All proceedings, including Cognizant's deadline to respond to the FAC, shall be stayed for 180 days from the date this Order is executed or following a joint notice to the Court of an unsuccessful mediation, whichever is earlier ("Stay Expiration").

3. The February 22, 2018 hearing on Cognizant's Motion to Dismiss/Strike shall be taken off calendar.

4. Should the parties fail to resolve this matter informally, following the Stay Expiration, (1) Cognizant will have 30 days thereafter to respond to the FAC, and (2) the parties shall have 30 days following the filing of the responsive pleading to meet and confer and submit a proposed schedule for a Motion for FLSA Conditional Certification and/or Rule 23 Motion for Certification to the Court for consideration.

///

///

///

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

4139-5321-8319.1

- 1 -

STIPULATION AND [PROPOSED] ORDER FOR FILING FIRST AMENDED COMPLAINT AND STAY
2:17-CV-01785-TLN-EFB

Respectfully submitted,

Dated: January 18, 2018　　　　CLAYEO C. ARNOLD, APC

By: /s/ Joshua H. Watson *(as authorized on January 18, 2018)*
John T. Stralen
Joshua H. Watson
*Attorneys for the Plaintiff Mishra and the Class*

Dated: January 18, 2018　　　　ORRICK, HERRINGTON & SUTCLIFFE

By: /s/ Katie E. Briscoe
LYNNE C. HERMLE
JULIE A. TOTTEN
KATIE E. BRISCOE
*Attorneys for Defendants COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION; COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION*

**ORDER**

**IT IS SO ORDERED.**

Dated: 1/22/2018

_____
Troy L. Nunley
United States District Judge