JOHN T. STRALEN, SBN 171227
Email: jstralen@justice4you.com
JOSHUA H. WATSON, SBN 238058
Email: jwatson@justice4you.com
CLAYEO C. ARNOLD, APC
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829

*Attorneys for Plaintiff DEBI MISHRA individually,
and on behalf of those similarly situated*

LYNNE C. HERMLE (SBN 99779)
lchermle@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401

JULIE A. TOTTEN (SBN 166470)
jatotten@orrick.com
KATIE E. BRISCOE (SBN 287629)
kbriscoe@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: +1 916 447 9200
Facsimile: +1 916 329 4900

*Attorneys for Defendants COGNIZANT TECHNOLOGY SOLUTIONS U.S.
CORPORATION, COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DEBI MISHRA, individually and on behalf of all those similarly situated,<br><br>Real Party in Interest,<br><br>v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION, COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01785-TLN-EFB<br><br>**STIPULATION AND ORDER EXTENDING STAY OF PROCEEDINGS PENDING SETTLEMENT** |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

4144-0466-9717.1

STIPULATION AND ORDER EXTENDING STAY
2:17-CV-01785-TLN-EFB

Pursuant to Eastern District of California Local Rule 143, Plaintiff Debi Mishra and Defendants Cognizant Technology Solutions U.S. Corporation and Cognizant Technology Solutions (collectively, "Cognizant"), by and through the undersigned counsel, hereby stipulate as follows:

WHEREAS, Cognizant filed a Motion to Dismiss and Strike on November 3, 2017, seeking to dismiss Plaintiff's conversion claim and itemized wage statement claim and seeking to strike Plaintiff's request for punitive damages and class definitions;

WHEREAS, in response to the Motion to Dismiss, Plaintiff agreed to file a First Amended Complaint ("FAC") removing Plaintiff's itemized wage statement claim (Fourth Cause of Action), conversion claim (Seventh Cause of Action), and request for punitive damages and amending his class definitions (Paragraphs 29 (a)-(c));

WHEREAS, on January 22, 2018, pursuant to the parties' stipulation, the Court entered an Order that, among other things, stayed all proceedings until the earlier of July 22, 2018 or a joint notice from the parties of an unsuccessful mediation, and which provided deadlines for Cognizant to file a responsive pleading in the event of an unsuccessful mediation.

WHEREAS, the parties participated in a mediation before Hon. William Cahill (Ret.) on May 29, 2018 and reached a settlement on June 8, 2018;

WHEREAS, the parties are in the process of negotiating and preparing a class action settlement agreement in this matter and accordingly wish to extend the stay;

**NOW THEREFORE,** the parties stipulate that the Court may enter an order as follows:

1. The present stay of all proceedings shall be extended for 90 days from the date this Order is executed.

2. Cognizant's deadline to respond to the FAC shall be stayed indefinitely while the settlement is pending.

/ / /

/ / /

/ / /

/ / /

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

4144-0466-9717.1

- 1 -

STIPULATION AND ORDER EXTENDING STAY
2:17-CV-01785-TLN-EFB

Respectfully submitted,

Dated: July 6, 2018          CLAYEO C. ARNOLD, APC


                             By:   /s/ Joshua H. Watson *(as authorized on July 3, 2018)*
                                   John T. Stralen
                                   Joshua H. Watson
                                   *Attorneys for the Plaintiff Mishra and the Class*


Dated: July 6, 2018          ORRICK, HERRINGTON & SUTCLIFFE


                             By:   /s/ Katie E. Briscoe
                                   LYNNE C. HERMLE
                                   JULIE A. TOTTEN
                                   KATIE E. BRISCOE
                                   *Attorneys for Defendants COGNIZANT TECHNOLOGY
                                   SOLUTIONS U.S. CORPORATION; COGNIZANT
                                   TECHNOLOGY SOLUTIONS CORPORATION*


                                   **ORDER**

**IT IS SO ORDERED.**

Dated: July 9, 2018

_____
Troy L. Nunley
United States District Judge