UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBI MISHRA, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORP., et al.,<br><br>Defendants. | No. 2:17-cv-01785-TLN-EFB<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE REQUEST FOR PAGE LIMIT EXTENSION TO 31 PAGES** |

Plaintiff Debi Mishra ("Plaintiff") ex parte requests a page limit extension for her Request for Preliminary Approval of Class Action Settlement from the 20-page limit this Court imposes on dispositive motions to 31 pages. (ECF No. 18 at 2.) Plaintiff states "[t]he case has settled in principal. All settlement papers have been executed." (ECF No. 18 at 2.) Plaintiff states the suit relies on the California Labor Code and the U.S. FLSA, notes settlements for collective actions for each are assed differently, and states the substantive text ran to 31 pages. (ECF No. 18 at 2.)

Good cause appearing, the Court hereby **GRANTS** Plaintiff's request, (ECF No. 18), and Plaintiffs' Request for Preliminary Approval of Class Action Settlement may contain 31 pages.

IT IS SO ORDERED.

Dated: December 10, 2018

Troy L. Nunley
United States District Judge

1