1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF CALIFORNIA

DEBI MISHRA, individually and on behalf of
all those similarly situated,

Plaintiffs,

vs.

COGNIZANT TECHNOLOGY SOLUTIONS
U.S. CORPORATION, COGNIZANT
TECHNOLOGY SOLUTIONS
CORPORATION, and DOES 1 through 10,
inclusive,

Defendants.

Case No.:  2:17-cv-01785-TLN-EFB

ORDER GRANTING STIPULATED
REQUEST TO EXTEND DEADLINE TO
FILE FINAL MOTIONS TO OCTOBER 15,
2020

1

The Court, having considered the parties' joint stipulated request to extend the deadline to file the final motions in this matter (Motion for Final Approval and Motion for Attorney Fees), GRANTS the request.  The motions must be filed no later than October 15, 2020.

**IT IS SO ORDERED.**

DATED:  October 5, 2020

_____
Troy L. Nunley
United States District Judge

ORDER GRANTING
STIPULATED REQUEST TO EXTEND FILING DEADLINE
Case No.:  2:17-cv-01785-TLN-EFB