Clayeo C. Arnold, SBN 65070
Joshua H. Watson, SBN 238058
John T. Stralen, SBN 171227
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
Email: jwatson@justice4you.com

*Attorneys for Plaintiff*
*Debi Mishra and the Class*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBI MISHRA, individually and on behalf of all those similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION, COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION, and DOES 1 through 10,<br><br>    Defendants. | Case No.: 2:17-cv-01785-TLN-EFB<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION FOR CERTIFICATION OF CLASS ACTION; FINAL APPROVAL OF SETTLEMENT; ASSOCIATED APPOINTMENTS**<br><br>DATE:     NOVEMBER 12, 2020<br>TIME:     2:00 PM<br>JUDGE:   HON. TROY L. NUNLEY<br>CRTRM:  2, 15TH FLOOR |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that at the date, time, and place indicated above or on such other date and time as directed by the Court, in Courtroom 2, 15th Floor of the above-entitled Court, located at 501 I Street, Sacramento, California 95814, the Honorable Troy L. Nunley presiding, Plaintiff Debi Mishra will, and hereby does, move for order to:

(1) Certify a Settlement Class and Collective pursuant to Fed. R. Civ. P. 23 and the Fair Labor Standards Act ("FLSA") (29 U.S.C. § 216);

(2) Give final approval to the proposed class action settlement ("Settlement") attached as Exhibit 1 to the Declaration of Joshua H. Watson;

(3) Appoint Plaintiff Debi Mishra as Class Representative;

(4) Appoint Joshua H. Watson and John T. Stralen of Clayeo C. Arnold, A Professional Law Corporation as Class Counsel;

(5) Appoint ILYM Group, Inc. as Settlement Administrator;

(6) Approve the notification procedures and the form and content of the class action notice documents as satisfying class members' due process rights;

(6) Direct distribution of settlement funds to members of the class and FLSA collective.

Defendants do not oppose this Motion.

This Motion is made on the grounds that:

(1) The proposed Class and Collective satisfy the applicable requirements for class certification for purposes of settlement pursuant to Rule 23 of the Federal Rules of Civil Procedure (i.e., numerosity, commonality, typicality, adequacy, and predominance) and FLSA collective action status;

(2) The Settlement is fair, adequate, and reasonable as required under Rule 23, and is the product of arms-length negotiation and has no obvious defects;

(3) Plaintiff and his counsel are adequate to represent the Class as required by Rules 23; and

(4) The Notice satisfies applicable due process, Rule 23, and FLSA collective action requirements.

(5) Following an appropriate notice program: No class member has objected to the proposed settlement. Only one class member opted out. Over 50% of the members of the potential FLSA collective actively opted into the collective.

This Motion is based on this Notice of Motion, the accompanying memorandum and declarations and accompanying exhibits, the proposed settlement agreement and release, papers on file with the Court, and on such further evidence and argument as may be presented at the hearing and further briefing.

Respectfully Submitted,

Date: October 15, 2020          CLAYEO C. ARNOLD
                                A Professional Law Corporation


                                By: /s/ Joshua H. Watson
                                    JOHN T. STRALEN
                                    JOSHUA H. WATSON
                                    Attorneys for Plaintiff Debi Mishra